UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-214-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HANG THUY NGUYEN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 29). The Government has responded, indicating that it does not oppose the relief sought and that defendant's supervising probation officer also concurs in the request. (Doc. No. 30). Based on the entirety of the record, the Court determines that defendant qualifies for early termination and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Probation/Supervised Release, (Doc. No. 29) is **GRANTED**, and defendant's supervised release is hereby terminated.

Signed: June 29, 2020

*[signature]*
Max O. Cogburn Jr
United States District Judge